IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIRZA M. REAZUDDIN,<br><br>Defendant,<br><br>U.S. BANK, N.A.,<br><br>Garnishee. | Case No. 23-00067-01-CR-W-BP |

## ANSWER OF THE GARNISHEE

__U.S. BANK KAT K__, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is garnishee <u>herein</u> doing business in the name of _____
__U.S. BANK PO BOX 30869 PORTLAND OR 97294__.
(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

That it is a member _____ of a partnership composed of which garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That it is (State Official Title) __EMPLOYEE__ of garnishee, ____
__U.S. BANK__ a corporation, organized under the laws of the State of

X
____ The garnishee was then in no manner and upon no account indebted or under liability to the defendant, and that the garnishee did not have in its possession or control any property belonging to the defendant, or in which the garnishee has an interest; and is in no manner liable as garnishee in this action.   NO ATTACHABLE ACCOUNTS

7.   The garnishee mailed a copy of this answer by first-class mail to: (1) the defendant, Yes  X   No____ and (2) the attorney for the United States of America.

_Kat K_
Garnishee
12-16-25 U.S. BANK LEGAL ORDER PROCESSING 800-872-2657 KAT K

Subscribed and sworn to before me this
16   day of DECEMBER  2025.

_Ka_
Notary Public
(Seal)

My Commission expires:



OFFICIAL STAMP
KRISTINE CROSS
NOTARY PUBLIC - OREGON
COMMISSION NO. 1027175
MY COMMISSION EXPIRES AUGUST 25, 2026

4



US Bank Legal Order Processing
PO Box 30869
Portland, OR 97230

UNITED STATES DISTRICT COURT
CHARLES EVANS WHITTAKER CT HOUSE
400 E 9TH ST RM 1510
KANSAS CITY, MO 64106

023    LBP7A5B 64106

FIRST-CLASS
AUTO LETTER

SCREENED BY
U S MARSHALS





ZIP 55108
02 7W
0008038509 DEC 18 2025
$ 000.59³