**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 23-00067-CR-W-BP |
| MIRZA MICHAEL REAZUDDIN, | |
| Defendant. | |

## FINAL ORDER OF FORFEITURE

This matter is before the Court on the Motion of the United States for a Final Order of Forfeiture. On July 24, 2024, this Court entered a Preliminary Order of Forfeiture forfeiting to the United States the following real property known as 1925 Severbrook Place, Lawrenceville, Georgia, which is more fully described as follows:

> All that tract or parcel of land lying and being in Land Lot 83, of the 7th District, Gwinnett County, Georgia, being Lot 71, Block A, Clairemont F.K.A. Sever Creek, as per plat recorded in Plat Book 107, Page 300, and 108, Page 1, Gwinnett County, Georgia records, said plat being incorporated herein and made a part hereof by reference.

The Court also ordered a personal money judgment against the defendant, Mirza Michel Reazuddin, in the amount of $804,100.

Pursuant to the Court's Preliminary Order of Forfeiture, notice of the forfeiture of the above-described property and the requirements for filing a claim for the property was properly posted on an official government internet site (www.forfeiture.gov) for at least 30 days, beginning on July 26, 2024, and ending on August 24, 2024. A copy of the Declaration of Publication is on file with the Court. Doc. 64. The United States also sent written notice of the Preliminary Order of Forfeiture to Mahreen Husan and Beermann LLP c/o Jamie Fisher by certified mail, return

receipt requested.

Beerman LLP acknowledged receipt of the notice as evidenced by the Domestic Return Receipt attached to the Government's motion. The United States and Beermann LLP have entered into a Stipulation, which is hereby APPROVED.

Receipt could not be confirmed for Mahreen Husan. However, Mahreen Husain subsequently filed a timely claim. The United States and Mahreen Husan have entered into a Stipulation, which is hereby APPROVED.

Any other persons claiming any right, title, or interest in or to the above-described property are held to be in default.

Based upon the plea agreement, the Court finds that the defendant, Mirza Michael Reazuddin, had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 18 U.S.C. § 982(a)(1).

Accordingly, it is hereby ORDERED:

1.    Plaintiff's Motion for a Final Order of Forfeiture is hereby granted, and the above-described property is hereby forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 18 U.S.C. § 982(a)(1) and is to be disposed of according to law.

2.    A personal money judgment in the amount of $804,100 against the defendant, Mirza Michael Reazuddin, is granted.

3.    All other persons claiming any right, title, or interest in or to the above-referenced property are held to be in default, with the exception of Mahreen Husain and Beermann LLP, as the Court has approved the Stipulations between the United States and those parties.

4.    The claims and interests of any other persons or parties are forever foreclosed and barred.

5. All right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States of America, and shall be disposed of according to law.

6. The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

SO ORDERED this 20th day of January, 2026.

_/s/ Beth Phillips_____
BETH PHILLIPS
UNITED STATES DISTRICT JUDGE